IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WASHINGTON, | No. CIV S-08-0386-MCE-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| SALEM MOHAMMED, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's amended complaint (Doc. 8), filed on April 28, 2008.[1] The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. See 28 U.S.C.

---

[1] Plaintiff's original complaint was filed on February 21, 2008 and named several individuals who are not named in plaintiff's amended complaint. On April 28, 2008, prior to the court screening the original complaint, plaintiff filed an amended complaint pursuant to Rule 15 of the Federal Rules of Civil Procedure. As plaintiff exercised his right to file an amended complaint, this action will proceed on the amended complaint as against the defendants listed therein, and the Clerk of the Court will be directed to terminate from the docket the individuals named in the original complaint but not named in the amended complaint. See Ferdik v. Bonzelet, 963 F.2d 1258, 1262 (9th Cir. 1992) (as a general rule, an amended complaint supersedes the original complaint).

1   § 1915A(a).

2          Plaintiff claims he reported to the defendants that other inmates were making
3   threats against his life, and that the defendants did nothing to protect him in violation of his
4   Eighth Amendment rights.  As a result of the failure of the defendants to protect his safety, he
5   was attacked by the inmates who had made threats against him, causing him injury.

6          The amended complaint appears to state a cognizable claim for relief pursuant to
7   42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations are proven, plaintiff has a
8   reasonable opportunity to prevail on the merits of this action.  The court, therefore, finds that
9   service is appropriate and will direct service by the U.S. Marshal without pre-payment of costs.
10  Plaintiff is informed, however, that this action cannot proceed further until plaintiff complies
11  with this order.  Plaintiff is warned that failure to comply with this order may result in dismissal
12  of the action.  See Local Rule 11-110.

13          Accordingly, IT IS HEREBY ORDERED that:

14       1.   The court authorizes service on the following defendant(s):

15              Bueno, Martinez, White, Hilliard, and Mohamed;

16       2.   The Clerk of the Court shall send plaintiff one USM-285 form for each
17  defendant identified above, one summons, an instruction sheet, and a copy of the amended
18  complaint filed April 28, 2008;

19       3.   Within 30 days of the date of service of this order, plaintiff shall complete
20  the attached Notice of Submission of Documents and submit the following documents to the
21  court:

22          a.   The completed Notice of Submission of Documents;

23          b.   One completed summons;

24          c.   Five completed USM-285 form(s); and

25          d.   Six  copies of the endorsed amended complaint filed April 28,
                 2008; and

26  / / /

4. The Clerk of the Court is directed to terminate Tilton and Subia as defendants in this action;

DATED: July 2, 2008

/s/ Craig M. Kellison
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN WASHINGTON, | No. CIV S-08-0386-MCE-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| SALEM MOHAMMED, et al., | |
| Defendants. | |
| _____ / | |

NOTICE OF SUBMISSION OF DOCUMENTS

Plaintiff hereby submits the following documents in compliance with the court's order:

    __1__    completed summons form;

    ____    completed USM-285 form(s); and

    ____    copies of the amended complaint filed on April 28, 2008.

DATED: _____　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Plaintiff

4