1
2
3
4
5
6
7
8           **IN THE UNITED STATES DISTRICT COURT**

9           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   JOHN WASHINGTON,                    No. CIV S-08-0386-MCE-CMK-P

12                Plaintiff,

13        vs.                            <u>ORDER</u>

14   SALEM MOHAMMED, et al.,

15                Defendants.

16   _____/

17        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18   to 42 U.S.C. § 1983.  On August 6, 2008, the court ordered the United States Marshal to serve

19   the complaint on defendants.  Process directed to defendant M. Martinez was returned

20   unexecuted, indicating defendant Martinez was "not at facility" and that there were "too many in

21   CDC locator database to identify."  Plaintiff must provide additional information to serve this

22   defendant.  Plaintiff shall promptly seek such information through discovery, the California

23   Public Records Act, Cal. Gov't. Code § 6250, et seq., or other means available to plaintiff.  If

24   access to the required information is denied or unreasonably delayed, plaintiff may seek judicial

25   intervention.  Once additional information sufficient to effect service is obtained, plaintiff shall

26   notify the court whereupon plaintiff will be forwarded the forms necessary for service by the U.S.

1   Marshal.  Plaintiff is cautioned that failure to effect service may result in the dismissal of

2   unserved defendants.  See Fed. R. Civ. P. 4(m).

3             Accordingly, IT IS HEREBY ORDERED that plaintiff shall promptly seek

4   additional information sufficient to effect service on any unserved defendants and notify the court

5   once such information is ascertained.

6

7    DATED:  October 17, 2008

8

9                                          CRAIG M. KELLISON
                                           UNITED STATES MAGISTRATE JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2