IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JOHN WASHINGTON,**<br><br>        Plaintiff,<br><br>   v.<br><br>**SALEM MOHAMED, et al.,**<br><br>        Defendants. | Case No. 2:08-cv-0386 MCE CMK P<br><br>**ORDER** |

On November 6, 2008, Defendants filed a motion for extension of time to file their reply to Plaintiff's opposition to their motion to dismiss. For good cause shown, Defendants are granted an extension of time, up to and including November 17, 2008, in which to file their reply brief.

DATED: November 7, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

*[Proposed]* Order

1