UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WASHINGTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SALEM MOHAMED, et al.,<br><br>　　　　Defendants. | No. 2:08-cv-0386-KJM-CMK-P<br><br><br>**ORDER** |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by Eastern District of California local rules.

On September 29, 2017, the Magistrate Judge filed findings and recommendations, which were served on the parties and which contained notice that the parties may file objections within a specified time. No objections to the findings and recommendations have been filed. The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendation filed September 29, 2017, are adopted in full; and
2. Plaintiff's motion for temporary restraining order (Doc. 91) is denied.

DATED: March 27, 2018.

_____
UNITED STATES DISTRICT JUDGE